UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DESIGN-BUILD CONCEPTS, INC.,

    Plaintiff,

vs.                                    CASE NO.: 3:06cv558/MCR/MD

JENKINS BRICK COMPANY, and
CONTINENTAL CAST STONE
MANUFACTURING, INC.,

    Defendants.
_____/

**O R D E R**

    This matter is before the court upon the Report of Parties' Rule 26(f) Planning Meeting. (Doc. 27). Without explanation or showing good cause, Defendants have proposed a 100 day extension of the discovery period established in the court's previously entered Initial Scheduling Order.[1] Plaintiff opposes the proposed extension as unnecessary. Before consideration of this discovery extension, Defendants shall be required to provide the court with an explanation for the extension beyond the 120 days already afforded for discovery. Accordingly, it is

    ORDERED that Defendants shall file a response to this order within ten (10) days explaining the need for the proposed extended discovery deadline.

    **DONE and ORDERED** this 9th day of March, 2007.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT COURT**

---

[1] The Initial Scheduling Order established May 23, 2007, as the deadline for completion of discovery in this matter. (See doc. 12). Defendants propose to extend discovery thru August 31, 2007.