# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DESIGN-BUILD CONCEPTS, INC.,

    VS                                      CASE NO.  3:06cv558/MCR/MD

JENKINS BRICK COMPANY, ET AL

**REFERRAL AND ORDER**

Referred to Judge Rodgers on            May 15, 2007
Type of Motion/Pleading: RENEWED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT.
Filed by: PLAINTIFF            on 4/25/07       Document    42 & 43
(  )  Stipulated/Consented/Joint Pleading
RESPONSES:
DEFENDANT CONTINENTAL CASE      on 5/9/07        Doc.# 45
                                on                Doc.#
                                WILLIAM M. McCOOL, CLERK OF COURT

                                /s/ Teresa Cole
                                Deputy Clerk: Teresa Cole

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 16th day of May, 2007, that:

    The requested relief is GRANTED on the condition Plaintiff re-files the amended complaint with all exhibits expressly referenced in the amended complaint as attached within five (5) days.

                                                *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____   By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

                                        Document No.