UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DESIGN-BUILD CONCEPTS INC.

    VS                                      CASE NO. 3:06cv558/MCR/MD

JENKINS BRICK COMPANY, et al.

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on June 1, 2007
Motion/Pleadings: STIPULATION FOR SUBSTITUTION OF COUNSEL (DOUGLAS S WARD to replace Millard Fretland on behalf of defendant CONTINENTAL CAST STONE)
Filed by deft/CONTINENTAL CAST STONE   on 6/1/2007   Doc.# 55

RESPONSES:
                                        on _____ Doc.# _____
                                        on _____ Doc.# _____

 X   Stipulated     _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ C. Justice
Deputy Clerk

LC (1 OR 2)

# *ORDER*

    Upon consideration of the foregoing, it is ORDERED this 4th day of June, 2007, that:

    The relief requested is GRANTED.

                                      s/ *M. Casey Rodgers*
                                       *M. CASEY RODGERS*
                                 *United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.