# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DESIGN-BUILD CONCEPTS, INC.

    VS                                  CASE NO.  3:06cv558/MCR/MD

JENKINS BRICK COMPANY, ET AL.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   June 22, 2007
Type of Motion/Pleading: MOTION TO COMPEL
Filed by: PLAINTIFF           on 6/21/07     Document   66
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
CONTINENTAL CAST STONE        on 6/27/07     Doc.# 74
MANUFACTURING, INC.
                                    on                Doc.#
                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    *s/ Elizabeth Cooley*
                                    Deputy Clerk: Elizabeth Cooley

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 28th day of June, 2007, that:

(a)   The requested relief is DENIED as moot, the matter having been resolved.  See doc. 74.

(b)

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                      Document No.