# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**DESIGN-BUILD CONCEPTS, INC.,**

    **Plaintiff,**

**v.**    3:06cv558/MCR/MD

**JENKINS BRICK COMPANY, and**
**CONTINENTAL CAST STONE**
**MANUFACTURING, INC.,**

    **Defendants.**
_____/

## ORDER AND NOTICE

The motions for summary judgment filed by Defendant/Cross-Defendant, Continental Cast Stone Manufacturing, Inc., (docs. 129, 130), will be taken under advisement by the Court on **November 9, 2007**. The parties are directed to file and serve affidavits and any other evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure *before* the above date.[1] Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the Court in ruling on this motion.

The motion for summary judgment will result in a final judgment being entered for the moving party if the pleadings, depositions, answers to interrogatories, admissions, affidavits, and any other appropriate evidentiary materials filed in the record show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law. FED. R. CIV. P. 56.

As a final matter, the court directs Continental Cast Stone Manufacturing, Inc., to

---

[1] The response to a motion for summary judgment must be filed within the time prescribed by the Federal and Local Rules or as otherwise directed by the court.

submit hard (i. e., paper) copies of its motion for summary judgment and all exhibits, along with any other evidentiary materials it may wish to file, to the undersigned's chambers no later than the aforementioned advisement date of **November 9, 2007**. Likewise, upon plaintiff's and cross-claimant's timely filing any evidentiary materials as well as their response to the motion for summary judgment they should also submit hard copies to chambers.

**DONE and ORDERED** on this 26th day of October, 2007.


s/ *M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE