**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DESIGN-BUILD CONCEPTS, INC.,

    Plaintiff,

vs.                                            CASE NO.: 3:06cv558/MCR/MD

JENKINS BRICK COMPANY and
CONTINENTAL CAST STONE
MANUFACTURING, INC.,

    Defendants.
                                        /

**O R D E R**

        The parties in this cause were referred to mediation by order dated March 22, 2007. (Doc. 35). A mediation report was subsequently filed by mediator Dominic Caparello on August 23, 2007, indicating a mediation conference was held August 22, 2007; however, the parties were unable to reach a settlement and agreed to continue settlement efforts and suspend the mediation rather than declare an impasse. (<u>See</u> doc. 90). The record contains nothing further with regard to the status or outcome of the court ordered mediation. Accordingly, **within five (5) days** of the date of entry of this order the parties shall submit written notice to the court regarding the status of their continued settlement efforts.

        DONE and ORDERED this 16th day of November, 2007.

                                                          s/ *M. Casey Rodgers*
                                                       **M. CASEY RODGERS
                                                       UNITED STATES DISTRICT COURT**