UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DESIGN-BUILD CONCEPTS, INC.,

    Plaintiff,

vs.                                    CASE NO.: 3:06cv558/MCR/MD

JENKINS BRICK COMPANY and
CONTINENTAL CAST STONE
MANUFACTURING, INC.,

    Defendants.
_____/

**O R D E R**

    This matter is presently scheduled on the court's trial docket commencing March 17, 2008. The court also notes that two (2) separate motions to dismiss and three (3) separate motions for summary judgment are pending in this matter.[1]  Due to conflicting matters on the Court's calendar and the pending dispositive motions, the trial in this case will be continued to the two-week trial docket commencing September 15, 2008. Any party with a conflict during that trial period may file a notice to that effect within 14 days of the date of this order, and such notice will be given such consideration as may be appropriate.

    **DONE and ORDERED** on this 11th day of January, 2008.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**

---

[1] In addition to responses in opposition, the record with regard to the pending motions for summary judgment contains replies and sur-replies.