**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**DESIGN-BUILD CONCEPTS, INC.**

    **Plaintiff,**

**v.**                                                      **CASE NO.:  3:06cv558/MCR/MD**

**JENKINS BRICK COMPANY and
CONTINENTAL CAST STONE
MANUFACTURING, INC.,**

    **Defendants.**
_____/

**CONSENT ORDER**

    It appearing to the Court that the parties have reached an agreement regarding all issues in this action, it is hereby ORDERED that the above-styled case be placed on the Consent Docket, subject to the following terms and conditions:

    1.    Plaintiff Design-Build Concepts, Inc. ("DBC"), on the one hand, Defendants Jenkins Brick Company ("Jenkins") and Continental Cast Stone Manufacturing, Inc. ("CCS"), and, Dennis McBride ("McBride"), CEO of CCS, on the other hand, have entered into a Settlement Agreement ("Agreement"), a copy of which has been filed with the Court by the parties under seal in this case

    2.    DBC has filed or will file a Dismissal With Prejudice of its claims against Jenkins in accordance with the Agreement.

    3.    So long as all payments specified in numbered paragraph 3 of the Agreement are made by the dates specified in numbered paragraph 3 of the Agreement, then DBC will file a Dismissal With Prejudice of its claims against CCS in accordance with the Agreement.

    4.    If any of the payments specified in numbered paragraph 3 of the Agreement is not made by the dates specified in numbered paragraph 3 of the Agreement, then the

entities and persons responsible for payments subject to numbered paragraph 3 of the Agreement shall be deemed to be in default of the Settlement Agreement. In the event those entities or persons are in default regarding the payments specified in numbered paragraph 3 of the Agreement , then the payee subject to numbered paragraph 3 of the Agreement shall be entitled to obtain a judgment against the payees pursuant to numbered paragraph 3 of the Agreement, jointly and severally, for the amount of $90,000 less any payments made previously pursuant to numbered paragraph 3 of the Settlement Agreement, plus post-judgment interest on the unpaid amount, upon the filing of an affidavit executed by counsel or other authorized representative of the payee subject to numbered paragraph 3 of the Agreement stating that the terms of the Settlement Agreement have not been followed by the payors subject to numbered paragraph 3 of the Agreement.

SO ORDERED this the 29th day of April, 2008.

      *s/ M. Casey Rodgers*
**M. CASEY ROGERS**
**UNITED STATES DISTRICT JUDGE**

CONSENTED TO BY:

**SMITH CURRIE & HANCOCK LLP**

/s  Joseph C. Staak
Joseph C. Staak
Florida Bar No. 0038296
jcstaak@smithcurrie.com
S. Gregory Joy
Georgia Bar No. 405495
sgjoy@smithcurrie.com
2700 Marquis One Tower
245 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Facsimile: (404) 688-0671

Case No.: 3:06cv558/MCR/MD

*Attorneys for Plaintiff Design-Build Concepts, Inc.*

**WADE, PALMER & SHOEMAKER, P.A.**

s/Linda H Wade
Linda H. Wade, Esq.
Florida Bar No. 655317
lwade@wpslawers.com
E. Nicole Neff, Esq.
Florida Bar No. _____
nneff@wpslawyers.com
25 West Cedar Street, Suite 450
Pensacola, FL 32502
Phone:  850-429-0755
Facsimile:  850-429-0871

W. Craig Hamilton
Florida Bar No. _____
chamilton@mcdowellknight.com
McDowell Knight Roedder & Sledge, L.L.C.
63 South Royal Street, Suite 900
Mobile, Alabama  36602
Phone:  (251) 431-8837
Facsimile: (251) 432-5303
*Attorneys for Jenkins Brick Company*

**MOORE, HILL & WESTMORELAND, P.A.**

s/Daniel M Ewert
Daniel M. Ewert, Esq.
Florida Bar No. 0658146
dewert@mhw-law.com
Douglas S. Woodward, Esq.
Florida Bar No. 498173
dwoodward@mhw-law.com
SunTrust Tower, 9th Floor
220 West Garden Street
Post Office Box 13290
Pensacola, FL  32951-3290
Phone:  850-434-3541
Facsimile:  850-435-7899
*Attorneys for Continental Cast Stone Manufacturing, Inc.
and Dennis McBride*