## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

DESIGN-BUILD CONCEPTS INC

    VS                                                                                            CASE NO. 3:06cv558-MCR/MD

JENKINS BRICK COMPANY and
CONTINENTAL CAST STONE
MANUFACTURING INC

### REFERRAL AND ORDER

Referred to Judge Rodgers on      April 29, 2008

Motion/Pleadings: AMENDED MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Filed by JENKINS BRICK COMPANY    on 9/6/07    Doc.# 95

RESPONSES:

PLAINTIFF    on 9/20/07    Doc.# 111

   on    Doc.#

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## ORDER

    Upon consideration of the foregoing, it is ORDERED this 30th day of April, 2008, that:

    The relief requested is DENIED as moot based on dismissal.

                                   s/ *M. Casey Rodgers*
                                          M. CASEY RODGERS
                                   United States District Judge