**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DESIGN-BUILD CONCEPTS INC

    VS                                      CASE NO. 3:06cv558-MCR/MD

JENKINS BRICK COMPANY and
CONTINENTAL CAST STONE
MANUFACTURING INC

**REFERRAL AND ORDER**

Referred to Judge Rodgers on    April 29, 2008
Motion/Pleadings: MOTION TO STRIKE THE AFFIDAVITS OF STEVEN GRAY ALLISON AND RONALD S MAJORS PE AND MEMORANDUM OF LAW IN SUPPORT THEREOF
Filed by DEFENDANT    on 9/11/07    Doc.# 100
RESPONSES:
PLAINTIFF    on 9/27/07    Doc.# 115
   on    Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

# *ORDER*

Upon consideration of the foregoing, it is ORDERED this 30th day of April, 2008, that:

The relief requested is DENIED as moot.

                s/ *M. Casey Rodgers*
                **M. CASEY RODGERS**
                *United States District Judge*