# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DESIGN-BUILD CONCEPTS INC

    VS                                              CASE NO. 3:06cv558-MCR/MD

JENKINS BRICK COMPANY and
CONTINENTAL CAST STONE
MANUFACTURING INC

## REFERRAL AND ORDER

Referred to Judge Rodgers on    April 29, 2008
Motion/Pleadings: MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF PLAINTIFF AND MEMORANDUM OF LAW
Filed by CONTINENTAL CAST STONE MANUFACTURING INC    on 10/17/07    Doc.# 129

RESPONSES:
PLAINTIFF    on 11/5/07    Doc.# 134, 135
    on    Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## ORDER

Upon consideration of the foregoing, it is ORDERED this 30th day of April, 2008, that:

The relief requested is DENIED as moot based on parties' settlement and anticipated dismissal of claims, but without prejudice to refiling if settlement agreement is not timely complied with.

    s/ *M. Casey Rodgers*
    **M. CASEY RODGERS**
    United States District Judge