UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DESIGN-BUILD CONCEPTS INC

    VS                                          CASE NO.  3:06cv558-MCR/MD

JENKINS BRICK COMPANY and
CONTINENTAL CAST STONE
MANUFACTURING INC

### REFERRAL AND ORDER

Referred to Judge Rodgers on     April 29, 2008

Motion/Pleadings: MOTION FOR SUMMARY JUDGMENT ON THE CROSSCLAIM OF PLAINTIFF AND MEMORANDUM OF LAW

Filed by CONTINENTAL CAST STONE MANUFACTURING INC    on 10/17/07    Doc.# 130

RESPONSES:
PLAINTIFF    on 10/31/07    Doc.# 132, 133
   on    Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Donna Bajzik*
Deputy Clerk: Donna Bajzik

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 30th day of April, 2008, that:*

*The relief requested is DENIED as moot based on parties' settlement and anticipated dismissal of claims, but without prejudice to refiling if settlement agreement is not timely complied with.*

                            s/ *M. Casey Rodgers*
                               **M. CASEY RODGERS**
                               *United States District Judge*