Page 1 of  1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DESIGN-BUILD CONCEPTS, INC.,

    Plaintiff,

v.                                       Case No. 3:06cv558/MCR/MD

CONTINENTAL CAST STONE
MANUFACTURING, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

    This cause is before the court upon the stipulations for dismissal with prejudice filed by the parties on April 24, 2008, and December 16, 2008.  (Docs. 168, 175).  Upon consideration of the foregoing, it appearing all claims regarding all parties have now been resolved, the above-entitled action is **DISMISSED** with prejudice.  The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 17th day of December, 2008.


                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**